IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Case No. CR418-273-02
)
JAMIE MAYS )

ORDER

Before the Court is Defendant Jamie Mays' Motion to Release Funds. (Document 70). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $1,000.00, with any accrued interest to: Jerica Evans, 616 Scott Street, Hinesville, Georgia 31313.

SO ORDERED, this 9th day of May 2019.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA